# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGOBERTO ENRIQUE ISAZA, )
)
    Plaintiff, ) Case No. 2:15-cv-00632-JAD-GWF
)
vs. ) **ORDER**
)
EARL MARSHAL TROTTER, )
FARMERS INSURANCE, )
)
    Defendants. )
_____)

    This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#10), filed on October 22, 2015.

    Plaintiff requests an extension of his copywork limit by $100. Plaintiff's Application to Proceed *in forma pauperis* was approved on October 5, 2015. *See* Order #9. Plaintiff has until November 5, 2015, to submit an amended complaint. Though the motion specifies that this extension relates to Plaintiff's Habeas proceedings, the Court understands the motion to be a general request for a copywork extension. Plaintiff has sufficiently established good cause for granting the extension. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#10) is **granted**. Plaintiff shall have his copywork limit extended by $100.

    **DATED** this 28th day of October, 2015.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge