# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA,          )<br>                                                        )<br>         Plaintiff,                            )<br>                                                        )<br>vs.                                                    )<br>                                                        )<br>EARL MARSHAL TROTTER,         )<br>FARMERS INSURANCE,              )<br>                                                        )<br>         Defendants.                        )<br>_____) | Case No. 2:15-cv-00632-JAD-GWF<br><br>**ORDER** |

   This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#12), filed on October 28, 2015.

   Plaintiff requests an extension of his copywork limit and represents that he has reached the $100 limit.  Plaintiff had previously requested an extension on October 22, 2015.  *See* Motion to Extend Prison Copywork Limit (#10).  On October 28, 2015, the Court granted Plaintiff an extension of copywork limit of $100.  *See* Order (#11).  The same day, the instant motion was filed.  Because Plaintiff signed the instant motion on October 22, 2015, and the motion was filed on October 28, 2015, he could not have seen the Court's Order granting him an extension.  Therefore, the Court finds that the motion is unnecessary, as a copywork extension has already been granted.  Accordingly,

   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#12) is **denied** without prejudice.

   **DATED** this 25th day of November, 2015.

                                                                               _____
                                                                               GEORGE FOLEY, JR.
                                                                               United States Magistrate Judge