UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EARL MARSHAL TROTTER,<br>FARMERS INSURANCE,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00632-JAD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Motion for Appointment of the U.S. Marshal to Serve Defendant Earl Trotter (#25), filed on April 12, 2016. The undersigned issued a Report and Recommendation on April 8, 2016 recommending that this matter be dismissed with prejudice for failure to state a claim upon which relief may be granted. *See Dkt. #24.* Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of the U.S. Marshal to Serve Defendant Earl Trotter (#25) is **denied** pending the Court's decision on the undersigned's Report and Recommendation that this matter be dismissed with prejudice.

　　　DATED this 15th day of April, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge